# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>MAURICE LAMONT GORDON<br><br>*Defendant(s)* | Case No. 1:24-MJ-54<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 2022** in the city/county of **Prince William** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | Distribution of a mixture and substance containing a detectable amount of fentanyl, a schedule II controlled substance, resulting in serious bodily injury or death. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

SAUSA Lauren E. Hahn
*Printed name and title*

*S. Chu / 2388*
*Complainant's signature*

FBI Task Force Officer Simon Chu
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means)*.

Date: 02/16/2024

City and state: Alexandria, Virginia

*William E. Fitzpatrick*
*Judge's signature*

The Hon. William E. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*